IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAN DEL BOSQUE,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW T. LEDFORD,  TIM DEWEY TRUCKING COMPANY,  CRST INTERNATIONAL, INC.,<br><br>                Defendants. | 4:12CV3045<br><br>**AMENDED PROGRESSION SCHEDULE** |

     IT IS ORDERED that the parties' motion to continue, (filing no. 33), is granted, and the  progression schedule for this case is amended as follows:

1)     The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **June 17, 2013**, or as soon thereafter as the case may be called, for a duration of three (3) trial days.  Jury selection will be held at commencement of trial.

2)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **June 4, 2013** at **11:00 a.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 3, 2013.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)     A telephonic conference with the undersigned magistrate judge will be held on **March 26, 2013** at **9:00 a.m.** to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

4)     The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 1, 2013.  Motions to compel Rule 33 through 36 discovery must be filed by April 17, 2013.

5)     The deadline for identifying expert witnesses expected to testify at the trial is March 1, 2013.

2

6) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        April 1, 2013
        For the defendant(s):       May 1, 2013

7) The deposition deadline is May 15, 2013.

8) The deadline for filing motions to dismiss and motions for summary judgment is April 15, 2013.

9) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 15, 2013.

October 4, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge