IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAN DEL BOSQUE,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANDREW T. LEDFORD,  TIM DEWEY TRUCKING COMPANY,  CRST INTERNATIONAL, INC.,<br><br>                    Defendants. | 4:12CV3045<br><br>**MEMORANDUM AND ORDER** |

Counsel has orally moved to set aside the progression order and set a status conference (filing 57).

IT IS ORDERED:

1) The progression order is set aside until further order of the court.

2) A telephonic status conference is set for May 14, 2013 at 11:30 a.m. Plaintiff's counsel shall place the call.

Dated this 28th day of March, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge