IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAN DEL BOSQUE,<br><br>             Plaintiff,<br><br>vs.<br><br>ANDREW T. LEDFORD,  TIM DEWEY TRUCKING COMPANY,  CRST INTERNATIONAL, INC.,<br><br>             Defendants. | 4:12CV3045<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal of this case, (filing no. 62),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against the defendants, Andrew T. Ledford, Tim Dewey Trucking Company, and CRST International, Inc., are dismissed with prejudice, each party to pay their own costs and attorney fees.

July 17, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge